14-cv-2970 DWF/LIB

RECEIVED BY MAIL

JUL 22 2014

Clerk, U.S. District Court
Fergus Falls, Minnesota

**EXHIBIT A**

SAMPLES OF EMAILS DEMONSTRATING MEDIA RELATIONSHIP BETWEEN PLAINTIFF AND ATTORNEY KIM PICAZIO

SCANNED
JUL 22 2014
LMB
U.S. DISTRICT COURT FF

07.01.12 US ATTORNEY JONES - Microsoft Word
Edit View Insert Format Tools Table Window Help
Type a question for help
125%
Read
Normal
Times New Roman
12
City of East Grand Forks (Malicious) Prosecution Witness Attorney Kim Lowry Picazio Regularly Includes Author Timothy Charles Holmseth On Internal Law Office Business And Then Two And A Half Years Later She Commits Perjury When She Accuses Him Of Stalking
kim@picaziolaw.com
May 8, 2009
Timothy C. Holmseth
2009 HOLMSETH PUBLISHING
Sent via BlackBerry by AT&T
ATTORNEY KIM PICAZIO PROACTIVELY INCLUDES TIMOTHY CHARLES HOLMSETH ON HER LAW OFFICE'S EMAILS DURING HALEIGH CUMMINGS INVESTIGATION
May 8, 2009
"Since approximately April of 2009 through the present, the Respondent has intentionally and maliciously engaged in excess of one thousand (1,000) acts of stalking..."
IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA
CASE NO.: DVCE: 11-5919
DIVISION: 59
DVCE = Divorce
PETITION FOR INJUNCTION FOR PROTECTION AGAINST REPEAT VIOLENCE
FACTUAL BACKGROUND
1. Since approximately April of 2009 through the present, the Respondent has intentionally and maliciously engaged in excess of one thousand (1,000) acts of stalking, to-wit: cyberstalk, by use of emails, certified mail, blogs, website entries, twitter, Facebook, creation of You Tube video sent directly to, and/or directed at me. Said acts of stalking were directed to and/or at me to cause substantial emotional distress and serve no legitimate purpose whatsoever. The Respondent has engaged in a course of conduct to communicate, or caused to be communicated, words, images, or language by or through the use of the internet, electronic mail or electronic communication, directed at me, causing substantial emotional distress to me serving no legitimate purpose whatsoever. The stalking and harassment by the Respondent relates to my representation of Crystal Sheffield, biological mother to Haleigh Cummings, missing since February 2009. I was a media spokesperson and attorney for Sheffield from March 2009 through
September 8, 2011
Sec 1
4/8
At
Ln
Col
REC
TRK
EXT
OVR
English (U.S



07.01.12 US ATTORNEY JONES - Microsoft Word

RE: BAR Complaint - Message (HTML)

kim@picaziolaw.com

May 23, 2009

From: Kim Picazio [kim@picaziolaw.com]
To: 'Timothy C. Holmseth'
Cc:
Subject: RE: BAR Complaint

Sent: Sat 5/23/2009 10:39 PM

"Since approximately **April of 2009** through the present, the Respondent has intentionally and maliciously engaged in excess of one thousand (1,000) acts of stalking..."

-Kim Picazio / Affidavit in Support of Domestic Violence Protection / September, 2011

Timothy:

Can you believe this guy? He did some interview with Crystal's father tonight. I was sent the link and listened. I started receiving email after email from people absolutely outraged by him, as well as Crystal's father. Here are a sampling of posts I received, apparently from people off discussion boards:

"I had high hopes for Cobra as well...that first interview he gave...this is not drug related...drug dealers do not sneak into homes in the middle of the night and snatch kids...and then he spends the next 2 months scouring through all the druggies he could find...putting them on tape...giving interviews etc. It is sad really.

I do have a great deal of concern about what he was saying about Crystal doing drugs..needing rehab...etc. Crystals dad was right there during that interview and knows what Cobra was saying. Why didn't be stop Cobra. Makes me wonder even more about Marty."

AND

"Well...there are gonna be a lot of people "wrong" one way or another and I am actually hoping to be among them. How can you not change an opinion when behaviors and words change?

For the record, I was NO KP fan in the beginning at all...she has changed my mind...really basic human development to learn and grow from experience, isn't it?"

And

I see you!!!! Not on my ignore list...LOL...But i have no questions for Cobra...While you have him on the phoone tho could you ask him how it felt to go under that bus?...LOL...Others have been under that bus also, he should have company....Maybe when Busy comes back she can sing us her bus song...LOL...
I am sorry...I find nothing FUNNY in the way Cobra has twisted his words to seemingly keep HIS name out there....To ME, ANYONE who screws around in a case about a missing child is no better than the one who created the disappearance/abduction....no one hired him, he's broke, Rev Grund hired him, send him money, Connie's Mom hired him, he's out $35K in his own words, send him money, What have we heard from Cobra about Haleigh...it's really been about him recently...IMHO...
I am NOT sorry that I had hope for him doing the right thing...this was wrong...not the first time and NOT the last.....but again--not too proud to admit an error in judgment...."

AND

I see you!!!! Not on my ignore list...LOL...But i have no questions for Cobra...While you have him on the phoone tho could you ask him how it felt to go under that bus?...LOL...Others have been under that bus also, he should have company....Maybe when Busy comes back she can sing us her bus song...LOL...

I am sorry...I find nothing FUNNY in the way Cobra has twisted his words to seemingly keep HIS name out there....To ME, ANYONE who screws around in a case about a missing child is no better than the one who created the disappearance/abduction....no one hired him, he's broke, Rev Grund hired him, send him money, Connie's Mom hired him, he's out $35K in his own words, send him money, What have we heard from Cobra about Haleigh...it's really been about him recently...IMHO...

2009 HOLMSETH PUBLISHING

From: Kim Picazio [law@picaziolaw.com]
To: 'Timothy C. Holmseth'
Cc:
Subject: RE: BAR Complaint
Sent: Sat 5/23/2009 10:38 PM

And

"Well I sure hope he still has his booth at the Crab fest. tomorrow I am making it a point to stop there and let him know what I think of his sorry a$$"

AND

"I can't wait to see Art's tapes. I wonder if Kim was around when Cobra was heading out to do this- and whether she may have tried to stop him."

AND

"I thought Cobra said that he was there because "a man of God" brought him there and he couldn't leave until this "man of God" said [illegible] okay....someone was now paying him too--thought he was begging for donations?
GMAB---he talks out of 100 sides of his mouth...LMAO He was given thousands of dollars to search for Haleigh- but was still [illegible] for donations."

And these are just but a few of the comments I have read. A friend of mine just called and said that members of the public are calling his cell phone [illegible] just hanging up on them. Ya know, Timothy, when people act improperly, they may get caught doing so. No one else is to blame but them. He can blame me, Crystal, or the [illegible]. I have done nothing but try to protect him – primarily from himself and his own actions that I tried to keep him from committing. I do not act improperly, or do anything [illegible] "cover up". I wouldn't want to walk through life looking over my shoulder, or wondering if I may be "found out." No thank you. I don't act improperly, Tim, it's just not [illegible] pride myself in being above board in my profession, and in my life. I know I need to be a role model to my kids. I do what I say, and I don't need to lie, swindle, or [illegible] to do my job. That is unethical. I simply don't engage in that, and have never needed to.

Now Cobra is taking a public back lashing because he continues to go on these radio interviews, sounding [illegible] ridiculous. Again, I stayed silent, had more class and professionalism than to come at him. He does HIMSELF in – not me, or Donna, or law enforcement. He does it to himself. [illegible] feel sorry for him, but I must remember everything he has done to me and my family. Again, I will not attack him. I don't want to bash him – I just want to do my job for this [illegible] made my comment to the media after he was released from jail and "blamed" me for the Snodgrass incident – one in which I cautioned him about, then tried to save him from [illegible]. There is only so much I could do, but he kept pushing and pushing the envelope with law enforcement. I can't have someone associated with me or my team that commits [illegible] left and right, swindles honest, good people, inflames tempers within a small town in order to cause this side of town to go after the other side of town. I just don't keep people [illegible] me. Not only because of the traditional, "guilt by association", but also because I just don't like that – it's simply wrong. If you can't win doing things fair, I'd rather lose. [illegible] tempted to compromise my integrity – it doesn't even occur to me. It seems that Cobra is now in a position where he can't even keep up with his own stories, and the [illegible] are not dumb – they have listened to one too many contradictions, and now are even getting confirmation from law enforcement that Cobra's significance to the case is [illegible].

If Cobra feels the need to file a Bar Complaint against me [illegible] Husband and I have done for him, including paying for all those hotel rooms he stated he'd paid for out of his own pocket, then fine. I am not going to agree to save his [illegible] to lies. And they are lies, Timothy. Such a proposition is ridiculous. I don't need to come clean. I am clean. But thank you for relaying that message from Cobra. I'm [illegible] will be hurt to know that he is making such a threat. I could have called the licensing board on Cobra weeks ago. I held off, knowing they would surely take action against [illegible] create more "drama" in this case, and I didn't want to hurt my old buddy that bad. If that's the road he wants to travel, I won't stop him. I'm sure the Florida Bar will consi[illegible] his fantastic claims, as law enforcement has all along, and now the public at large. I am confident that the Florida Bar will handle such a complaint swiftly and properly. They [illegible]

Tim, I can't give you authority to publicate my email. I'm sorry! I know you're doing this for a living but I don't want all this stuff to take away from keeping the focus on Haleigh. If, when all this settles down, you'd like to publicate my words, I probably won't have a problem. However, let me see what you intend to release first, just so I can approve it. I'm not trying to withhold "the news"

RE: BAR Complaint - Message (HTML)

From: Kim Picazio [kim@picaziolaw.com]
To: 'Timothy C. Holmseth'
Cc:
Subject: RE: BAR Complaint
Sent: Sat 5/23/2009 10:38 PM

swiftly and properly. They usually do.

Tim, I can't give you authority to publicate my email. I'm sorry! I know you're doing this for a living but I don't want all this stuff to take away from keeping the focus on Haleigh. If, when all this settles down, you'd like to publicate my words, I probably won't have a problem. However, let me see what you intend to release first, just so I can approve it. I'm not trying to withhold "the news" from you, as I know this is how you make your living. I just thought you'd like to hear what my position is on this. You seem like a pretty fair guy, and I enjoyed speaking with you today. Please tell Cobra that this "fight" he has with everyone in the world is no longer good for him, or this family, or for the missing little girl. She deserves better than this from him. Tell him I said to step away for a minute, and take a deep breath. He is destroying himself, and I hate seeing him do this. Even when I'm in his cross hairs! Tell him to stop, Timothy. I hate this for him. Thanks so much.

*Kim L. Picazio, Esquire*
*Law Office of Kim L. Picazio, PA*
*One Financial Plaza*
*100 Southeast Third Avenue*
*Suite #2500*
*Fort Lauderdale, Florida 33394*
*Tel: (954) 467-5558*
*Fax: (954) 462-1335*
*Email: kim@picaziolaw.com*

**From:** Timothy C. Holmseth [mailto:tholmseth@wiktel.com]
**Sent:** Saturday, May 23, 2009 10:31 PM
**To:** 'Kim Picazio'
**Cc:** 'Cobra'
**Subject:** BAR Complaint

Kim–

I have spoken with William Staubs.

William has advised me that he has a meeting set with an attorney for the purpose of [illegible] detailed formal complaint against you to the Florida BAR. He made the comment that it will probably be ten pages long. He said to go ahead and lead with it as my story – it's going to happen. [illegible] by him.)

William did say, however, that there is one way that he won't proceed with complaint, so as a reporting agent, I do believe I should share that with you. He said he will not proceed "if she comes completely clean." He says he will have "no problem proving" every item [illegible] will be in the complaint. He said he has no choice but to produce what he has to clear his name because you have (according to him) ruined his ability to take care of his family.

If you have a reply or response could [illegible] in a written statement.

Respectfully yours,
Timothy Charles Holmseth

Timothy Charles Holmseth

Re: The Bald Truth | ArtHarris.com - Message (Plain Text)

From: kim@picaziolaw.com
To: Timothy C. Holmseth
Cc:
Subject: Re: The Bald Truth | ArtHarris.com
Sent: Mon 5/25/2009 10:43 AM

Well said, Tim.

Believe me, I am frustrated as you that Haleigh is not playing with her family on this Memorial Day. But I don't want you to sell LE short just yet. You haven't gotten their side, and Crystal and I are the only lay people that they have been able to confide in on this case. You see, LE is only permitted to give details of the status of their case to the parents of the missing child - not PI's, not the media, etc.

Initially, I had a bind blowing private conference with the lead task force members on the investigation. Tim, they are on it, and are doing far more behind the scenes than the public or media is aware. One must, in "Satanville". LE proceeds one way in New York City, and another way in Satsuma [illegible] is not improper, it is smart- and working within the context of their surroundings. Otherwise no arrests would be made, stick.

Even to this day, I coordinate leads with Peggy Cone and Captain Piscatello that no one is aware of. We are still hard at it , Tim, [illegible] just doesn't see it. We don't want them to or persons of interest would flee, be threatened and hushed, or have a heads up enough to [illegible] doing. It's a small town. Without absolute silence from LE, the bad guys would get away every time. Ergo, another reason for LE's [illegible] the outspoken Cobra. From what I've personally witnessed, he's foiled more leads and possible informants than he's brought to the table. [illegible] too headstrong and closed minded to even be realize this. I can give you concrete examples that continue to plague me and the investigation. Proceeding in silence and stealth in the Haleigh investigation is the only way to solve the crime in that town. [illegible], I understand it, I fear it, and I feel warmth and loved there. All at the same time. Before you chalk up LE in Putnam as lazy [illegible] love to tell you what I know and what I think.

Cobra beat his chest at them so they closed him off early on. I still have a good repoire with [illegible] the utmost respect for them. When I get off the phone with Det. Peggy Cone- this lawyer who "thinks she's seen it all" is humbled and feel outright stupid in the face of their seasoned approach to this investigation. Call me anytime for another insider's take on them. Thanks Tim
Sent via BlackBerry by AT&T

-----Original Message-----
From: "Timothy C. Holmseth" <tholmseth@wiktel.com>

Date: Mon, 25 May 2009 07:52:27
To: 'Kim Picazio'<kim@picaziolaw.com>
Subject: RE: The Bald Truth | ArtHarris.com

Hi Kim-

I follow Art Harris pretty close - [illegible], he has invested a lot into this case.

There are two sides [illegible] journalist/reporter, and the regular person (as you probably know [illegible] lawyer, sometimes it is absolutely necessary to separate the two.)

The reporter will simply try to get each side and then weave it together - I believe the reader should always have to feel like they have a decision to make (I'm not a judge or jury of anyone.)

14-cv-2970 DWF/LIB
RECEIVED BY MAIL
JUL 22 2014
Clerk, U.S. District Court
Fergus Falls, Minnesota

**EXHIBIT B**

POLICE INCIDENT REPORT FILED BY LT. RODNEY HAJICEK ESTABLISHING THE EGFPD'S IMPROPER EFFORTS TO INFLUENCE A NEWS REPORTER

SCANNED
JUL 22 2014
LMB
U.S. DISTRICT COURT FF

# EAST GRAND FORKS POLICE DEPARTMENT
# INITIAL COMPLAINT REPORT

ORI: MN0600200
Case Number: 09002015
How Reported:
Reported Date: 06/02/2009

## REPORTED BY 1

| Reported By | Address | City | State | Zip | Phone |
|---|---|---|---|---|---|
| Picazio, Kim | | | FL | | (954) 565-3496 |

| Place of Employment | Address | City | State | Zip | Business Ph. |
|---|---|---|---|---|---|
| | | | | | |

## INCIDENT

Date Occurred From: 06/02/2009 To: 06/02/2009
Day Of Week: Tuesday
Time Occurred From: To:
Assigned: 14:42 Arrived: Cleared:
Incident Location: 320 17TH ST NW 17

## OFFENSE 1

| Offense | State Statute | Code |
|---|---|---|
| DISTURB PEACE-MS-HARRASSING COMMUNICATIONS | 609-79 | N3190 |

Activity: Weapon: Special Circumstances:

LINKED SUSPECT(S)...
HOLMSETH, TIMOTHY CHARLES

NO LINKED VICTIM(S)

Status: Case was Exceptionally Clear
Location: Residence / Home
Method Of Entry:
Location #2:
Point Of Entry:
Gang Activity:
No. Premises Entered:
Premises Inhabited ☐ Yes ☐ No

☐ Bias / Hate Crime
Type:
Target Code:
Affiliation:

Victim(s) suspected of using: ☐ Alcohol ☐ Drugs ☐ Not Applicable

Suspect(s) suspected of using: ☐ Alcohol ☐ Drugs ☐ Computer Equip ☐ Not Applicable

## SUSPECT 1

☐ Subject Unknown ☐ Subject Located ☐ Subject Identified

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| HOLMSETH, TIMOTHY CHARLES | 320 17TH ST NW 17 | East Grand Forks | MN | 56721 |

| Height | Weight | Eyes | Hair | Race | Sex | DOB | Age (range) |
|---|---|---|---|---|---|---|---|
| 5-09 | 135 lbs. | Hazel | Brown | White | Male | 06/17/1968 | 41 |

| Type | SOC/OLN/OLS | Phone | Hispanic | Nick Name | Driver License No |
|---|---|---|---|---|---|
| Suspect | | (218) 773-1299 | Non-Hispanic | | N134153994708 |

Suspect Present: ☐ Yes ☐ No
Arrested: ☐ Yes ☐ No
Notes:
Relationship of Victim(s) to Suspect

# EAST GRAND FORKS POLICE DEPARTMENT
## NARRATIVE #1

ORI MN0600200 Case Number 09002015

Date 06/02/2009 Officer Rod Hajicek 556 ☐ Release to the Public

Kim Picazio who is an attorney from Florida calls and reports that she is representing the mother of a missing child by the name of Hailey Cummings and has been receiving disturbing e-mails from Timothy Holmseth, who resides at 320 17th St. NW #17 in East Grand Forks.

Kim states that he has a web site which is writeintoaction.com in which he is writing things about her that are not true and he has also been sending out questionnaires to people involved in the case in which she is working which are very strange.

Kim states that after receiving an e-mail last week she called Tim Holmseth and requested that he stop having contact with her.

She was advised to seek a harassment order if he continues to contact her and at this point she may have a civil issue with Mr. Holmseth but not criminal that I can see at this point.

Det. Rodney Hajicek

On 6/18/09 I Det. Rodney Hajicek I spoke with Donna Wagner from Ft. Lauderdale Fl and she stated that she had been receiving e-mails from Tim Holmseth in East Grand Forks. Tim states that he is an investigative reporter and is bothering Donna Wagner and the company that she works for about modifying a picture that has something to do with Kim Picazio. Donna stated that she did e-mail something to Kim Picazio and that she referred her to another company. She asked that I call Tim and explain to him that they want nothing to do with him and inform him that they (the company) does not want him using there name and attaching it to items on the internet.

I spoke with Tim Holmseth and informed him of the concern and he stated that he was e-mailing her and that she answered his question and he will leave her alone. I informed him that this is the second complaint on him and that I will be advising individuals to seek harassment orders against him in the future if there appears to be a basis for it.

7/20/09

I have received numerous e-mails from Art Harris, Cindy Travis, and a Phone call from Rhonda Callahan who has a child with Tim Holmseth and has filed a child protect report on Tim because of his obsession with this missing girl in Florida. I have printed all of the emails from my computer and will have the County Attorney's office review them to see if any other action can be taken.

Det. Rodney Hajicek

14 cv 2970 DWF/LIB
RECEIVED BY MAIL
JUL 22 2014
Clerk, U.S. District Court
Fergus Falls, Minnesota

**EXHIBIT C**

POLICE INCIDENT REPORT FILED BY EGFPD OFFICER THAT ART HARRIS IS CONTACTING THE LOCAL MEDIA AND CAUSING FEAR.

THIS EXHIBIT ALSO SHOWS THAT THE EGFPD REDACTED THE NAME OF AN ADULT CALLER AS A SPECIAL FAVOR,

SCANNED
JUL 22 2014
LMB
U.S. DISTRICT COURT FF

# EAST GRAND FORKS POLICE DEPARTMENT
## INITIAL COMPLAINT REPORT

ORI: MN0600200
Case Number: 09002527

How Reported: Phone
Reported Date: 07/07/2009

### REPORTED BY 1

| Reported By | Address | City | State | Zip | Phone |
|---|---|---|---|---|---|
| [redacted] | [redacted] | East Grand Forks | MN | 56721- | [redacted] |

| Place of Employment | Address | City | State | Zip | Business Ph. |
|---|---|---|---|---|---|
| | | | | | |

### INCIDENT

| Date Occurred From | To | Day Of Week | Time Occurred From | To | Assigned | Arrived | Cleared |
|---|---|---|---|---|---|---|---|
| 07/07/2009 | 07/07/2009 | Tuesday | | | 17:50 | 17:55 | 18:24 |

Incident Location: 400 BLK 3RD ST NW

### OFFENSE 1

| Offense | State Statute | Code |
|---|---|---|
| Public Assist | | 9802 |

| Activity | Weapon | Special Circumstances |
|---|---|---|
| | | |
| | | |
| | | |

NO LINKED SUSPECT(S)

NO LINKED VICTIM(S)

Status:
Location:
Method Of Entry:
Location #2:
Point Of Entry:
Gang Activity:
No. Premises Entered:
Premises Inhabited ☐ Yes ☐ No

☐ Bias / Hate Crime
Type:
Target Code:
Affiliation:

Victim(s) suspected of using
☐ Alcohol
☐ Drugs
☐ Not Applicable

Suspect(s) suspected of using
☐ Alcohol
☐ Drugs
☐ Computer Equip
☐ Not Applicable

### OTHERS 1

| Name | Address | City | State | Zip | Phone |
|---|---|---|---|---|---|
| HOLMSETH, TIMOTHY CHARLES | 320 17TH ST NW 17 | East Grand Forks | MN | 56721- | (218) 773-1299 |

| Place Of Employment | Address | City | State | Zip | Business Phone |
|---|---|---|---|---|---|
| | | | | | |

| Type of Person | Resident | Race | Sex | Date of Birth | Age | Hispanic | SOC/OLN/OLS |
|---|---|---|---|---|---|---|---|
| Mentioned in Report | Resident | White | Male | 06/17/1968 | 41 | Non-Hispanic | |

# EAST GRAND FORKS POLICE DEPARTMENT

## NARRATIVE #1

ORI MN0600200

Case Number 09002527

Date 07/07/2009 Officer Greg Gahlon 569

☐ Release to the Public

[redacted] FROM [redacted] CALLS REQUESTING AN OFFICER TO STOP BY SO SHE COULD DISCUSS A PHONE CALL SHE RECEIVED. OFFICER MERKENS ASSIGNED.

# EAST GRAND FORKS POLICE DEPARTMENT
## NARRATIVE #2

ORI MN0600200 | Case Number 09002527

Date 07/07/2009 | Officer Seth Merkens | 574 | ☐ Release to the Public

[REDACTED] WANTED TO SPEAK WITH ME ABOUT ART HARRIS, CNN REPORTER, WHO CALLED TO DISCUSS TIMOTHY HOLMSETH WHO WAS A FORMER EMPLOYEE OF BERGMAN'S. ART ASKED A FEW QUESTIONS ABOUT TIMOTHY AND NOW [REDACTED]S NERVOUS WHAT ART WILL WRITE AND HOW TIMOTHY WILL RESPOND IF SHE IS BROUGHT UP AT ALL.

ART AND TIMOTHY HAVE A BLOG FEUD GOING ON OVER THE MISSING GIRL FROM FLORIDA.

FOR NOW ALL IS 10-2.

EOR MERKENS